B6B (Official Form 6B) (12/07)

In re **Steven L Sippel,**
**Carol A Sippel**
,
Debtors

Case No. **11-37616**

# SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | **Cash on hand** | **C** | **100.00** |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking account with Educators Credit Union (#7585-08)** | **C** | **1,271.81** |
| | | | **Savings account with Educators Credit Union (#85-00)** | **C** | **22.00** |
| | | | **Money market savings account with Educators Credit Union (#53-03)** | **C** | **10,000.00** |
| | | | **Money market savings account with Educators Credit Union (#53-02)** | **C** | **9,800.00** |
| | | | **Savings account with Educators Credit Union (#85-10)** | **C** | **180.00** |
| | | | **Certificate of deposit with Educators Credit Union (#85-41)** | **C** | **1,030.36** |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **Various household goods, furnishings, and other miscellaneous personal property items in Debtor's possession. No one particular item has an individual value of more than $550.00.** | **C** | **5,000.00** |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | | **Assorted clothing and wearing apparel in Debtors' possession.** | **C** | **500.00** |
| 7. | Furs and jewelry. | | **Assorted jewelry in Debtors' possession.** | **C** | **1,500.00** |

Sub-Total > **29,404.17**
(Total of this page)

__3__ continuation sheets attached to the Schedule of Personal Property

In re **Steven L Sippel,** Case No. **11-37616**
**Carol A Sippel**
,
Debtors

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Whole life insurance policy with Catholic Financial Life Insurance with cash surrender value of $2,029.50.** | **C** | **2,029.50** |
| | | | **Whole life insurance policy with Catholic Financial Life Insurance with cash surrender value of $7,143.03.** | **C** | **7,143.03** |
| | | | **Multiple term life insurance policies with no cash surrender value.** | **C** | **0.00** |
| | | | **Whole life insurance policies (2) with Boston Mutual, recently opened, no cash surrender value.** | **C** | **0.00** |
| 10. | Annuities. Itemize and name each issuer. | X | | | |
| 11. | Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. | Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **Qualified 457 retirement account through husband's employer** | **C** | **20,165.25** |
| | | | **Qualified pension plan through the Wisconsin Retirement System.** | **C** | **95,534.26** |
| | | | **Qualified 401(k) retirement plan through wife's employer** | **C** | **3,634.83** |
| 13. | Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. | Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. | Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. | Accounts receivable. | X | | | |

Sub-Total > **128,506.87**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

In re **Steven L Sippel,** Case No. **11-37616**
**Carol A Sippel**
,
Debtors

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2002 Mercury Sable in fair condition in Debtors' possession** | C | 2,700.00 |
| | | **2008 Honda Ridgeline in good condition in Debtors' possession** | C | 19,025.00 |
| | | **1984 Oldsmobile Delta 88 in average condition** | C | 1,000.00 |

|  | Sub-Total > | 22,725.00 |
|---|---|---|
|  | (Total of this page) |  |

Sheet **2** of **3** continuation sheets attached
to the Schedule of Personal Property

In re **Steven L Sippel,**
**Carol A Sippel**
                                                                                                    , Case No. __**11-37616**__
Debtors

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **2005 Buick LeSabre in good condition in Debtors' possession** | **C** | **7,675.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total > (Total of this page) | **7,675.00** |
|---|---|---|
|  | Total > | **188,311.04** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

In re **Steven L Sippel,**
**Carol A Sippel**, Case No. **11-37616**

Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under: (Check one box)
☐ Check if debtor claims a homestead exemption that exceeds $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(2)
☐ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** <br> Homestead real estate located at 308 Lewis Street, Burlington, Wisconsin, 53105. Value per sales of comparable properties in the area. | 11 U.S.C. § 522(d)(1) | 5,828.00 | 134,900.00 |
| **Cash on Hand** <br> Cash on hand | 11 U.S.C. § 522(d)(5) | 100.00 | 100.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** <br> Checking account with Educators Credit Union (#7585-08) | 11 U.S.C. § 522(d)(5) | 1,271.81 | 1,271.81 |
| Savings account with Educators Credit Union (#85-00) | 11 U.S.C. § 522(d)(5) | 22.00 | 22.00 |
| Money market savings account with Educators Credit Union (#53-03) | 11 U.S.C. § 522(d)(5) | 10,000.00 | 10,000.00 |
| Money market savings account with Educators Credit Union (#53-02) | 11 U.S.C. § 522(d)(5) | 9,800.00 | 9,800.00 |
| Savings account with Educators Credit Union (#85-10) | 11 U.S.C. § 522(d)(5) | 0.00 | 180.00 |
| Certificate of deposit with Educators Credit Union (#85-41) | 11 U.S.C. § 522(d)(5) | 981.19 | 1,030.36 |
| **Household Goods and Furnishings** <br> Various household goods, furnishings, and other miscellaneous personal property items in Debtor's possession. No one particular item has an individual value of more than $550.00. | 11 U.S.C. § 522(d)(3) | 5,000.00 | 5,000.00 |
| **Wearing Apparel** <br> Assorted clothing and wearing apparel in Debtors' possession. | 11 U.S.C. § 522(d)(3) | 500.00 | 500.00 |
| **Furs and Jewelry** <br> Assorted jewelry in Debtors' possession. | 11 U.S.C. § 522(d)(4) | 1,500.00 | 1,500.00 |
| **Interests in Insurance Policies** <br> Whole life insurance policy with Catholic Financial Life Insurance with cash surrender value of $2,029.50. | 11 U.S.C. § 522(d)(8) | 2,029.50 | 2,029.50 |
| Whole life insurance policy with Catholic Financial Life Insurance with cash surrender value of $7,143.03. | 11 U.S.C. § 522(d)(8) | 7,143.03 | 7,143.03 |
| Multiple term life insurance policies with no cash surrender value. | 11 U.S.C. § 522(d)(7) | 100% | 0.00 |

  **1**   continuation sheets attached to Schedule of Property Claimed as Exempt

In re **Steven L Sippel,** Case No. **11-37616**
**Carol A Sippel**
_____,
Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Whole life insurance policies (2) with Boston Mutual, recently opened, no cash surrender value.** | 11 U.S.C. § 522(d)(8) | 100% | 0.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **Qualified 457 retirement account through husband's employer** | 11 U.S.C. § 522(d)(12) | 20,165.25 | 20,165.25 |
| **Qualified pension plan through the Wisconsin Retirement System.** | 11 U.S.C. § 522(d)(10)(E) | 100% | 95,534.26 |
| **Qualified 401(k) retirement plan through wife's employer** | 11 U.S.C. § 522(d)(12) | 3,634.83 | 3,634.83 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **1984 Oldsmobile Delta 88 in average condition** | 11 U.S.C. § 522(d)(5) | 1,000.00 | 1,000.00 |
| **2005 Buick LeSabre in good condition in Debtors' possession** | 11 U.S.C. § 522(d)(2) 11 U.S.C. § 522(d)(5) | 6,900.00 775.00 | 7,675.00 |

Total: 172,184.87 301,486.04

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Property Claimed as Exempt